MAR 5 2024 PM3:15
FILED-USDC-CT-NEW.HAVEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Jaylene Colon

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v. City of New Haven,
City of New Haven Police Dept,
City of Waterbury, City of Waterbury Police Dept
City of New Haven Major Crime Unit
50 unknown officers,
State of Connecticut,
State of Connecticut State Police

Case No. _____
(To be supplied
by the court)

_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. _Jaylene Colon_____ is a citizen of _Connecticut_____ who
   (Plaintiff)                                (State)
presently resides at _1169 ironistan ave F12 Bpt CT 06605____.
                         (mailing address)

2. Defendant _City of New Haven_ is a citizen of _Connecticut_
   (name of first defendant)                      (State)
whose address is _City of New Haven 200 Orange St New Haven CT 06510_

and who is employed as _City of New Haven City clerk_
                           (title and place of employment)

"A PARTIES"

3. State of Connecticut,
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106

4. State of Connecticut State
Police
Office of the Attorney
General, 165 Capitol Ave
Hartford, CT 06106

5. City of Waterbury
City of Waterbury City Clerk
235 Grand St
Waterbury, CT 06702

6. City of Waterbury Police
Department.

City of Waterbury City Clerk
235 Grand St
Waterbury, CT 06702

7. 50 Unkown Officers
of Major crime Unit
City of New Haven

City of New Haven
City Clerk office
200 Orange St
New Haven, CT 06510

*illegal*

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___Yes ___No. If your answer is "Yes," briefly explain: *Arrested without probable cause, searched t siezed Forcibly at gun point, excessive use of force Retaliation — Police Dept*

3. Defendant *City of New Have* is a citizen of *Connecticut*
(name of second defendant)                                    (State)

whose address is *200 Orange St, New Haven CT 06570*

and who is employed as *City of New Haven City Clerk*
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___Yes ___No. If your answer is "Yes," briefly explain: *Arrested without probable cause, illegal search t seizure, excessive use of force, Retaliation*

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

___✓___   42 U.S.C. § 1983 (applies to state defendants)

_____   ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

On 1/30/24

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. As I entered a Rental vehicle @ 19 Ludlow St Waterbury CT 06710 I was Forcibly seized At gun point, dragged out of vehicle with excessive force handcuffed unlaw fully searched and arrested on A Registration charge because I Refused to Reveal my name, I was held overnight in illegal custody

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Violation of the Right to privacy when illegally searched + siezed without probable cause

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Searched NAKED

I was stripped + searched While in Waterbury Police station + searched + siezed at 19 Ludlow St Waterbury CT 06710

On 1/30/24

3

**Claim II**: False Arrest + False imprisonment

Supporting Facts: I was Arrested held on a million dollars bond for over 24 hours without probable cause

**Claim III**: Retaliation - C

Supporting Facts: charged with interfering because I did not reveal my name when Asked while illegally detained

Claim IV      Unlawful Search
Seizure
Siezed + Searched At Simpoint
1/30/24

## E. REQUEST FOR RELIEF

I request the following relief: *DAMAges of 100,000.00*

*and or one hundred Thousand dollars*

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓    No _____

_____    *Jaylene Colon*
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____    *Jaylene Colon*
Printed Name    Printed Name

*1169 iranistan ave  Bpt  CT 06605*

_____

( )_____    *(941) 930-7775*
Attorney's full address and telephone    Plaintiff's full address and telephone

*CJaylene420 gmail.com*

_____    _____
Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at *New haven County* on *3/5/2024* _____.
         (location)              (date)

*Jaylene Colon*
Plaintiff's Original Signature

(Rev. 3/21/16)

5